IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KELI R. GENTZLER,** | : | CIVIL ACTION NO. 1:16-CV-1845 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **GRAHAM PACKAGING CO.,** | : | |
| | : | |
| Defendant | : | |

### ORDER

AND NOW, this 29th day of November, 2016, upon consideration of defendant's motion (Doc. 11) to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), filed November 11, 2016, and further upon consideration of plaintiff's amended complaint (Doc. 14) filed November 22, 2016, and the court noting that "[a]n amended complaint [supersedes] the original version in providing the blueprint for the future course of the lawsuit," Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002); see also 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (3d ed. 2015), and the court thus finding that the amended complaint renders the original complaint a nullity, it is hereby ORDERED that:

1. Defendant's motion (Doc. 11) to dismiss the original complaint (Doc. 1) is DENIED as moot and without prejudice.

2. Defendant shall respond to the amended complaint (Doc. 14) in accordance with the Federal Rules of Civil Procedure.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania