IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KELI R. GENTZLER**, | : | CIVIL ACTION NO. 1:16-CV-1845 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **GRAHAM PACKAGING CO.**, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 27th day of December, 2016, upon consideration of the consent motion (Doc. 21) for leave of court for plaintiff to file a second amended complaint, and it appearing that the parties agree that plaintiff's second amended complaint will render null plaintiff's first amended complaint (Doc. 14) and will moot defendant's pending motion (Doc. 19) to dismiss, (see Doc. 21 at 2), it is hereby ORDERED that:

1. The consent motion (Doc. 21) for leave of court for plaintiff to file a second amended complaint is GRANTED.

2. The Clerk of Court is directed to file the second amended complaint (Doc. 21-2) submitted with plaintiff's motion to the docket in the above-captioned matter.

3. Defendant's motion (Doc. 19) to dismiss is DENIED as moot and without prejudice.

4. Defendant shall respond to plaintiff's second amended complaint in accordance with the Federal Rules of Civil Procedure.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania